Carl D. Crowell, OSB No. 982049
email:  carl@crowell-law.com
CROWELL LAW
P.O. Box 923
Salem, OR 97308
(503) 581-1240
Of attorneys for plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| **VOLTAGE PICTURES, LLC,** a California Limited Liability Company, and **DALLAS BUYERS CLUB, LLC**, a Texas Limited Liability Company,<br>            Plaintiffs,<br>v.<br><br>**DOE-74.92.164.133,**<br>            Defendant. | Case No.: 3:14-cv-01782-AC<br><br>STIPULATED CONSENT JUDGMENT |

STIPULATED CONSENT JUDGMENT

As attested to by the signatures of counsel for the parties below, this matter comes

before the Court on the parties' joint stipulation:

Plaintiffs Voltage Pictures, LLC and Dallas Buyers Club, LLC have filed a Complaint

against the defendant in the Oregon District Court for copyright infringement, 17 U.S.C. §§101,

et seq, and for enforcement of trademark rights for the unlicensed copying, promotion and

distribution of plaintiffs' motion picture titled Dallas Buyers Club, registered with the United

States Copyright Office, Reg. No. PA 1-873-195.

After initial discovery and investigation, defendant, identified as DOE-74.92.164.133,

was identified as the proper defendant in this matter.

CONSENT JUDGMENT – STIPULATED                                    Page 1 of 4

The parties, after conferral and investigation, now appear through counsel to fully and finally resolve all claims between the parties and the matters before the Court and have moved for entry of this Stipulated Consent Judgment to effect the terms of their settlement.

Identity of the Defendant

The defendant identified herein as Doe-74.92.164.133 has been personally identified to plaintiffs but wishes to remain anonymous and has requested leave to proceed anonymously. Plaintiffs do not oppose this request. The parties are granted leave to separately file the true identity of the defendant under seal, which absent breach of the parties' settlement agreement, or action to enforce this Stipulated Consent Judgment may remain under seal.

WHEREFORE IT IS HEREBY STIPULATED AND ORDERED for all matters relevant to this case between the parties as follows:

1. This court has jurisdiction over the parties and venue is proper.

2. Plaintiff Dallas Buyers Club, LLC has valid and enforceable copyrights in the original copyrighted work, Dallas Buyers Club (the "motion picture") registered with the United States Copyright Office, Reg. No. PA 1-873-195.

3. Plaintiff Voltage has valid and enforceable trademark rights in the branding associated with the motion picture and related promotional materials.

4. DOE-74.92.164.133 is the proper defendant in this case and liable under plaintiffs' claims.

5. Plaintiffs and DOE-74.92.164.133 expressly consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry

of orders, including this stipulation or any other final judgment or orders arising therefrom.

6. DOE-74.92.164.133 and Doe's counsel have fully reviewed the Complaint and the allegations of the Complaint and specifically admit plaintiffs' investigations identifying the IP address used by DOE-74.92.164.133 were accurate, in particular in accurately identifying DOE-74.92.164.133's IP address as per the allegations of the Complaint.

7. In addition to other terms in a separate settlement agreement, the parties further agree and require pursuant to the settlement the below Permanent Injunction be entered against DOE-74.92.164.133.

PERMANENT INJUNCTION

DOE-74.92.164.133 is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly infringing plaintiffs' rights in their motion pictures, including without limitation by using the internet to reproduce or copy any Voltage owned or branded motion pictures, to distribute any Voltage owned or branded motion pictures, or to make Voltage owned or branded motion pictures available for distribution to the public, except pursuant to a lawful written license from Voltage;

DOE-74.92.164.133 is hereby directed to immediately delete all unlicensed content in which Voltage has any rights or interest; and

///

///

DOE-74.92.164.133 is hereby PERMANENTLY ENJOINED from directly, contributorily or indirectly participating or facilitating in peer-to-peer or BitTorrent file exchanges of any content in which Voltage has any rights without an express written license.


SO ORDERED, this day: _____.


_____
United States Magistrate Judge



So Stipulated and Respectfully Submitted:


On Behalf of Defendant:                     On Behalf of Plaintiff:


/s/ Leigh Gill_____          /s/ Carl D. Crowell_____
Leigh Gill, OSB #121737                    Carl D. Crowell, OSB # 982049
email:leigh.gill@immixlaw.com              email: carl@crowell-law.com
Immix Law Group PC                         Crowell Law
121 SW Salmon St. Suite 1000               P.O. Box 923
Portland, OR 97204                         Salem, OR 97308-0923
Phone: (503) 802.5542                      Phone: 503-581-1240
Of counsel for defendant                   Of counsel for plaintiffs


CONSENT JUDGMENT – STIPULATED